# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America          Case Number: 18-00308-01-CR-W-BP

v.          Date: 10/23/2019

Ronayerin K. Ogolor

Honorable BETH PHILLIPS     presiding at Kansas City, Missouri

Time commenced: 3:34 p.m.          Time terminated: 3:45 p.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Kathleen Mahoney, AUSA | | David S. Bell |

**PROCEEDINGS:**

Defendant appears to change his/her plea from not guilty to _X_ guilty ____ nolo contendre on count(s) ___1___ of the indictment/information.
_____ Rule 20 plea.
_____ Defendant waives indictment and signs waiver form.
_____ Waiver of indictment filed.
_____ Information filed.
Indictment/Information and range of punishment is: __X__ read _____ waived.
__X__ Defendant sworn.
__X__ Court questions defendant regarding his/her physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
__X__ Plea Agreement Filed
_____ Oral plea agreement.
_____ No plea agreement.
__X__ Court accepts defendant's plea.
_____ Court rejects defendant's plea.
__X__ Court orders Presentence Investigation (PSI).
_____ Defendant to remain on bond/personal recognizance.
__X__ Defendant remanded to custody.

REMARKS: Sentencing date will be March 3, 2020 at 2:00 p.m.

Court Reporter: Katie Wirt          Kelly McIlvain, Courtroom Deputy